UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDY ORLANDO CHOC-QUIB PETITIONER

V. CIVIL CASE NO. 5:26-cv-00014-DCB-BWR

RAFAEL VERGARA
in his official capacity as Warden, Adams County Correctional Center RESPONDENT

**ORDER**

This matter is before the Court *sua sponte*. In January 2026, Petitioner, a native and citizen of Guatemala, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, seeking his immediate release from United States Immigration and Customs Enforcement (ICE) detention, or alternatively a bond hearing. Pet. [1] at 11.

Petitioner entered the United States illegally in 2021. Pet. [1] at 7; Notice to Appear [1-1] at 1. On December 13, 2025, Petitioner was detained by U.S. Immigration and Customs Enforcement (ICE). Pet. [1] at 8. On April 2, 2025, an immigration judge ordered that Petitioner be removed from the United States to Guatemala. IJ Order [7-3] at 3. Petitioner appealed to the Board of Immigration Appeals (BIA).

According to the automated case information system provided by the Department of Homeland Security's Executive Office for Immigration Review, Petitioner withdrew his BIA appeal on June 23, 2026. *See* acis.eoir.justice.gov (last visited Aug. 25, 2026). According to ICE's Online Detainee Locator System, Petitioner is no longer in ICE custody. *See* locator.ice.gov. (last visited Aug. 25, 2026).

IT IS THEREFORE ORDERED that, **on or before September 4, 2026,** Petitioner's counsel shall inform the Court whether Petitioner is still detained and seeking habeas relief.

SO ORDERED, this 25th day August 2026.

s/ Bradley W. Rath

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE